# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **240510** |
| Trans | 146948 |

Received From:     **CUSH N. HALL**
Case Number:
Reference Number:  **CV 04-454HG**

|  | |
|---|---|
| Check | 15.50 |
| Total | 15.50 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 15.50 |
| | | **Total** | **15.50** |
| | | Tend | 15.50 |
| | | Due | 0.00 |

08/13/2007 04:02:49 PM        Deputy Clerk: et/LG