# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **240523** |
| Trans | 146961 |

Received From: **CUSH N. HALL**
Case Number:
Reference Number: **CV 04-454HG**

| | | |
|---|---|---|
| Check | | 76.34 |
| Total | | 76.34 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 76.34 |
| | **Total** | | **76.34** |
| | Tend | | 76.34 |
| | Due | | 0.00 |

08/13/2007 04:09:52 PM     Deputy Clerk:  et/LG