A083

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240589 |
|---|---|
| Trans | 147048 |

Received From: **CUSH HALL**

Case Number:

Reference Number: **CV 04-454HG**

|  | Check | 0.72 |
|---|---|---|
|  | Total | 0.72 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 0.72 |
|  | **Total** | | **0.72** |
|  | Tend | | 0.72 |
|  | Due | | 0.00 |

08/20/2007 02:44:03 PM        Deputy Clerk: et/LG